

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street – Suite 1100*
*White Plains, New York 10606*

May 1, 2023

Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:  United States v. Curtis Ellington
           23 Mag. 3342

Dear Judge McCarthy:

      The defendant in the above-referenced Complaint was arrested on April 27, 2023 in Junction City, Kansas.  He will be presented in the District of Kansas today. Accordingly, the Government requests that the Complaint be unsealed.

                              Respectfully,

                              DAMIAN WILLIAMS
                              United States Attorney

                       By:  _____
                              Marcia S. Cohen
                              Assistant U.S. Attorney
                              (914) 993-1902

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy
                   5-1-2023